UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAVPREET SINGH,

          Petitioner,

    v.

CHRISTOPHER CHESTNUT, et al.,

          Respondents.

No. 1:26-cv-01055-DAD-CKD

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF *HABEAS CORPUS*

(Doc. Nos. 1, 20)

Petitioner Navpreet Singh is a federal immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 18, 2026, the assigned magistrate judge issued findings and recommendations recommending that the pending petition for writ of *habeas corpus* (Doc. No. 1) be granted.  (Doc. No. 20.)  Specifically, the magistrate judge found that respondents violated the Immigration and Nationality Act ("INA") when they detained petitioner at an adjustment of status interview petitioner attended.  (*Id.* at 3–5.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days after service.  (*Id.* at 6.)

/////

1

On June 19, 2026, respondents filed objections to the pending findings and recommendations which comprise a single sentence stating that they object for the same reasons presented in their prior briefing.  (Doc. No. 21.)  These objections do not provide a basis upon which to reject the pending findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

For the reasons above,

1.    The findings and recommendations filed on June 18, 2026 (Doc. No. 20) are ADOPTED IN FULL;

2.    Petitioner's petition for writ of *habeas corpus* (Doc. No. 1) is GRANTED as follows:

    a.    Respondents are ORDERED to immediately release petitioner Navpreet Singh, A-File No. 235-602-613, from respondents' custody and to return petitioner's property;

    b.    Respondents are ENJOINED AND RESTRAINED from re-detaining petitioner for any purpose, absent exigent circumstances, without providing petitioner notice and a pre-detention hearing before an immigration judge, at which hearing the burden will be set in accordance with 8 U.S.C. § 1226(a) and its implementing regulations;

3.    The Clerk of Court is directed to serve the California City Detention Facility with a copy of this order; and

4.    The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated:    **June 22, 2026**

                                    DALE A. DROZD
                                    UNITED STATES DISTRICT JUDGE